DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
PEDRO VALENZUELA-VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 12-098-LKK |
| ) | Cr.S. 12-143-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| PEDRO VALENZUELA-VARELA ) | |
| ) | Date: July 24, 2012 |
| ) | Time: 9:15 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through CHRISTOPHER HALES, Assistant U.S. Attorney, and defendant, PEDRO VALENZUELA-VARELA by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, July 10, 2012, be continued to Tuesday, July 24, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to research legal issues relating to the petition in Cr.S.-12-143 and discuss them in detail with her client. It is further stipulated that the time period from the date of this stipulation, July 3, 2012, through and including the date of the new status conference, July 24, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable

time for defense counsel to prepare].

DATED: July 3, 2012                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Courtney D. Fein
COURTNEY D. FEIN
Assistant Federal Defender
Attorney for Defendant
PEDRO VALENZUELA-VARELA

DATED: July 3, 2012                        BENJAMIN B. WAGNER
United States Attorney

/s/ Courtney D. Fein for
CHRISTOPHER HALES
Assistant U.S. Attorney
Attorneys for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set July 10, 2012, status conference shall be continued to July 24, 2012, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, July 3, 2012, through and including the date of the new status conference hearing, July 24, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.

///

///

2

The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: July 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT